**\*\* E-filed December 13, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ; et al., <br><br> Plaintiffs, <br> v. <br><br> SELECT PORTOFOLIO SERVICING, INC.; et al., <br><br> Defendants. <br> _____/ | No. C11-06183 HRL <br><br> **ORDER (1) SETTING DEADLINE FOR PLAINTIFFS TO FILE EITHER CONSENT TO OR DECLINATION OF MAGISTRATE JUDGE JURISDICTION; AND (2) DIRECTING PLAINTIFF JOSE VASQUEZ TO RESUBMIT LEGIBLE COPY OF APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> **[Re: Docket No. 3]** |

On December 8, 2011, plaintiffs filed a complaint and plaintiff Jose Vasquez filed an Application to Proceed *In Forma Pauperis*.

This case has been assigned to a Magistrate Judge. IT IS ORDERED that, no later than December 26, 2011, all plaintiffs shall file either (1) a Consent to Proceed Before a Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and a Request for Reassignment to District Court Judge. If plaintiff did not receive copies of these forms from the clerk's office upon filing the complaint, they are available from the clerk of the court or from the court's website at www.cand.uscourts.gov.

In addition, so that the court may accurately evaluate plaintiff Jose Vasquez's Application to Proceed *In Forma Pauperis*, Mr. Vasquez is directed to re-submit his application, either typing or printing legibly the information that is currently handwritten.

Finally, the plaintiffs are advised that *each* plaintiff must file his or her own Application.

**IT IS SO ORDERED.**

Dated: December 13, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

United States District Court
For the Northern District of California

1 | **C11-06183 HRL Notice will be sent by alternative means to:**

2 | Francisco Vasquez
1829 Scharmann Lane
3 | Manteca, CA

4 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28