**\*\* E-filed March 30, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VASQUEZ; ET AL., | No. C11-06183 HRL |
| Plaintiffs, | **JUDGMENT OF DISMISSAL** |
| v. | |
| SELECT PORTOFOLIO SERVICES INC., LLC; ET AL., | |
| Defendants. | |

Plaintiffs Jose, Francisco, and Olga Vasquez filed a complaint against over a dozen parties who they contend were involved in the improper foreclosure sale of their home, seeking to reverse the foreclosure sale and an unfavorable ruling they received in San Benito County Superior Court. This is the fourth such complaint plaintiffs have filed in this district. This court denied plaintiffs' application to proceed *in forma pauperis*, but plaintiffs have failed to pay the filing fee. In addition, although no party challenged subject matter jurisdiction, the court has determined that the *Rooker-Feldman* doctrine prohibits it from exercising jurisdiction over plaintiff's claims. In its order of March 30, 2012, this court found that the filing fee was unpaid and that subject matter jurisdiction was lacking, and dismissed the complaint. See Dkt. No. 16.

Accordingly, the complaint having been dismissed, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal be entered and that plaintiffs take nothing by their complaint. The Clerk shall close the file.

Dated: March 30, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-06183 HRL Notice will be electronically mailed to:**

Francisco Vasquez
1829 Scharmann Lane
Manteca, CA 95336

Jose Vasquez
1829 Scharmann Lane
Manteca, CA 95336

Olga Leticia Vasquez
1829 Scharmann Lane
Manteca, CA 95336

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**